UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
OTTER PRODUCTS, LLC, :
: **ORDER REGULATING**
Plaintiff, : **PROCEEDINGS**
:
-against- : 24 Civ. 5113 (AKH)
:
DOMINICK CIDONI ET AL, :
:
Defendants. :
:
:
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       An initial status conference having been held on November 1, 2024, and Defendant having not appeared, the Plaintiff shall file motions for summary judgment and for default by December 6, 2024.

    SO ORDERED.

/s/ Alvin K. Hellerstein

Dated:    November 1, 2024                    _____
           New York, New York              ALVIN K. HELLERSTEIN
                                               United States District Judge