

Michael Lee
Lee Law PLLC
michael@leelawservices.com
212.621.8239

November 25, 2024

**VIA ECF**
Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED. Case dismissed without prejudice or costs.
11.25.24 /s/ Alvin K. Hellerstein

Re: <em>Otter Products, LLC v. Dominick Cidoni, et al</em>; 1:24-cv-05113 (AKH)

Dear Judge Hellerstein:

We represent plaintiff Otter Products, LLC ("Plaintiff"). Defendant Dominick Cidoni ("Defendant") is not represented by counsel and stopped participating in these proceedings.

On August 12, 2024, Defendant served an "Affidavit" in response to the herein Complaint. Thereafter, Plaintiff, despite numerous efforts, has received no communications from Defendant. On November 1, 2024, Defendant failed to appear at the Initial Conference; Your Honor ordered that Plaintiff proceed with a motion for summary judgment and default.

After investigation, Plaintiff discovered that Defendant has deactivated his email address; deactivated his telephone number; and changed his home address. Considering this, Plaintiff believes that, in order to conserve its and the Court's resources, it should dismiss this action.

Therefore, Plaintiff respectfully requests that it be permitted to dismiss this action without prejudice with both sides bearing their own costs and expenses.

Thank you for your consideration.

Respectfully Submitted,

**LEE LAW PLLC**

By: _____
Michael Lee (ML 6353)

cc: Defendant (via mail)